Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

FILED
IN CLERKS OFFICE

2022 MAY 19 PM 12: 18

U.S. DISTRICT COURT
DISTRICT OF MASS.

# UNITED STATES DISTRICT COURT
for the

District of Massachusetts

SCOTT ANTHONY VIEIRA JR
*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

DENIS RICHARD MCDONOUGH
*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. _____
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* [X] Yes [ ] No

## COMPLAINT FOR A CIVIL CASE

**I. The Parties to This Complaint**

**A. The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | SCOTT ANTHONY VIEIRA JR |
| Street Address | 817 REED RD. |
| City and County | NORTH DARTMOUTH BRISTOL COUNTY |
| State and Zip Code | MA 02747 |
| Telephone Number | (931) 279-4079 |
| E-mail Address | santhonyvieirajr1985@gmail.com |

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

    Name: DENIS RICHARD McDONOUGH
    Job or Title (if known): SECRETARY OF VETERANS AFFAIRS
    Street Address: 810 VERMONT Avenue NW.
    City and County: WASHINGTON, DISTRICT OF COLUMBIA
    State and Zip Code: D.C. 20420
    Telephone Number: 202-273-6000
    E-mail Address (if known):

Defendant No. 2

    Name:
    Job or Title (if known):
    Street Address:
    City and County:
    State and Zip Code:
    Telephone Number:
    E-mail Address (if known):

Defendant No. 3

    Name:
    Job or Title (if known):
    Street Address:
    City and County:
    State and Zip Code:
    Telephone Number:
    E-mail Address (if known):

Defendant No. 4

    Name:
    Job or Title (if known):
    Street Address:
    City and County:
    State and Zip Code:
    Telephone Number:
    E-mail Address (if known):

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question      ☒ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

FOURTEENTH AMENDMENT

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual
       The plaintiff, *(name)* SCOTT A. VIEIRA JR, is a citizen of the State of *(name)* MASSACHUSETTS.

    b. If the plaintiff is a corporation
       The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,
       and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual
       The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

b. If the defendant is a corporation

The defendant, (name) **VETERANS AFFAIRS**, is incorporated under the laws of the State of (name) **MASSACHUSETTS**, and has its principal place of business in the State of (name) **WASHINGTON, D.C.**

Or is incorporated under the laws of (foreign nation) _____,

and has its principal place of business in (name) _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy-the amount the plaintiff claims the defendant owes or the amount at stake-is more than $75,000, not counting interest and costs of court, because *(explain)*:

**Extreme emotional and financial distress**

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

1. Caused extreme emotional distress, by constantly denying claims. - DARTMOUTH, MA
2. Caused extreme financial distress by constantly denying claims. - DARTMOUTH, MA
3. VIOLATED The 14th Amendment and U.S. Supreme Court rulings on marriage. - DARTMOUTH,
4. Negligente in part of mistreatment and verbal abuse of a patient. - Murfreesboro, TN
   ALVIN C. YORK VA HOSPITAL

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

STATEMENT OF CLAIM:

1. Extreme emotional distress caused by constant denying of claims. The Secretary of Veterans Affairs oversees all veterans Affairs. - DARTMOUTH, MA   May 6, 2022

2. EXTREME FINANCIAL DISTRESS caused by constant denial of claims. Secretary of Veterans Affairs oversees all veterans Affairs. - DARTMOUTH, MA   May 6, 2022

3. VIOLATES The FOURTEENTH AMENDMENT and Supreme Court's rulings on Marriage. Secretary of Veterans Affairs continuously disregards the Constitution and what is considered marriage under the FOURTEENTH Amendment and the rulings of The Supreme Court of THE UNITED STATES. (Supreme Court Ruling of 2013 on marriage.) - DartMouTH, MA.   May 6, 2022

4. Negligence, mistreat, and verbal abuse by a Veteran Affairs pain management doctor. Complaint filed, but no action taken. Secretary of Veterans Affairs knowingly allows veteran Affairs doctors to mistreat, neglect, and verbally abuse veterans. - ALVIN C. YORK VA HOSPITAL, MURFREESBORO, TN   July 2020.

1. Add wife and Stepchildren as dependents - Back pay from October 2015 - $25,000.00
2. $150,000.00 extreme emotional distress
3. $150,000.00 extreme financial distress
4. $250,000.00 violation of 14th Amendment Rights
5. $500,000.00 Negligence, mistreatment, and verbal abuse by a Veteran Affairs DR.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: May 16, 2022

Signature of Plaintiff: [signature]
Printed Name of Plaintiff: SCOTT A. VIEIRA JR

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Street Address: _____
State and Zip Code: _____
Telephone Number: _____
E-mail Address: _____

RELIEF:

1. ADD DOMESTIC PARTNER, HEATHER KAYE ASHBY, as dependent. Back pay from October 2015 – $12,500.00
2. ADD STEPSONS ALBERT MARSHALL BRULE and HEATH GILBERT BRULE as dependents. Back pay from October 2015 – $12,500.00
3. $150,000.00 for extreme emotional stress
4. $150,000.00 for extreme financial stress
5. $250,000.00 violation of FORTEENTH AMENDMENT
6. $500,000.00 negligence, mistreatment, and verbal abuse by a VETERANS AFFAIRS Pain management DR.

Total relief sought: $1,075,000.00


I claim trial by jury